# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 07-20391 |
| Plaintiff, | |
| | HONORABLE SEAN F. COX |
| v. | |
| ANTHONY KEITH MOORE, | |
| Defendant. | |
| _____/ | |

## ORDER REGARDING DEFENDANT'S COMPETENCY

On July 8, 2011, this Court entered an Order for Psychiatric or Psychological Evaluation of Defendant Anthony Keith Moore pursuant to the Insanity Defense Reform Act of 1984, 18 U.S.C. §§ 4241-4247. On November 22, 2011, a competency hearing was held. Prior to the hearing, the Court, the United States, and the Defendant all received and reviewed a forensic evaluation prepared by Dr. Ryan Nybo, a forensic unit psychologist at the Federal Detention Center in Seattle, Washington. Dr. Nybo's report concluded that the defendant was competent. The parties raised no objections to the report, requested no additional evaluations, and concurred with Dr. Nybo's conclusion. Accordingly, the Court finds that the defendant is mentally competent to the extent that he is able to understand the nature and consequences of the proceedings against him, and able to assist properly in his defense. 18 U.S.C. § 4241(a), (c).

**IT IS SO ORDERED.**

s/Mark A. Randon
Mark A. Randon
United States Magistrate Judge

Dated: November 30, 2011

1

<u>Certificate of Service</u>

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 30, 2011, electronically.*

*<u>s/Melody R. Miles</u>*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*
